(107 So. 801)

**Jim SIKES v. STATE. (4 Div. 258.)**

(Supreme Court of Alabama. March 25, 1926.)

Certiorari to Court of Appeals.

D. A. Baker, of Troy, for petitioner.
Harwell G. Davis, Atty. Gen., for the State.

THOMAS, J. Petition of Jim Sikes for certiorari to the Court of Appeals, to review and revise the judgment and decision of that court in the case of Sikes v. State, 107 So. 800.

Writ denied.

SOMERVILLE, MILLER, and BOULDIN, JJ., concur.